**APPLICANT**      <u>KENNETH RAY JOHNSON</u>    **APPLICATION NO.** <u>78,231-05</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**REMAND FOR EVIDENTIARY HEARING**

**JUDGE**            Oct. 15, 2014      **DATE**